**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
|         v. | ) | CAUSE NO.: 2:16-CR-47-JVB-PRC |
| | ) | |
| WILLARD ABATIE, | ) | |
|         Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE
UPON PLEA OF GUILTY BY DEFENDANT WILLARD ABATIE**

TO: THE HONORABLE JOSEPH S. VAN BOKKELEN,
     UNITED STATES DISTRICT COURT

Upon Defendant Willard Abatie's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on July 27, 2016, with the consent of Defendant Willard Abatie, counsel for Defendant Willard Abatie, and counsel for the United States of America.

The hearing on Defendant Willard Abatie's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Willard Abatie under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Willard Abatie,

I FIND as follows:

(1) that Defendant Willard Abatie understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Willard Abatie understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and his right against compelled self-incrimination;

(3) that Defendant Willard Abatie understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Willard Abatie understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Willard Abatie has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Willard Abatie is competent to plead guilty;

(6) that Defendant Willard Abatie understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Willard Abatie's plea; and further,

I RECOMMEND that the Court accept Willard Abatie's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Willard Abatie be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Willard Abatie be adjudged guilty, a sentencing date before Judge Joseph S. Van Bokkelen will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1).

So ORDERED this 27th day of July, 2016.

                                      s/ Paul R. Cherry
                                      MAGISTRATE JUDGE PAUL R. CHERRY
                                      UNITED STATES DISTRICT COURT