**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

v.                                              Case No.: 2:16-CR-47-JVB-PRC

WILLARD ABATIE

## ORDER

This matter is before the Court on the findings and recommendations of the Magistrate

Judge on a plea of guilty by Defendant Willard Abatie (DE 23) filed on July 27, 2016. No

objections have been filed to Magistrate Judge Cherry's findings and recommendations.

Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the

guilty plea of Defendant Willard Abatie, and **FINDS** the Defendant guilty of the offense changed

in Count 1 of the indictment.

**SO ORDERED** on September 8, 2016.

s/ Joseph S. Van Bokkelen
JOSEPH S. VAN BOKKELEN
UNITED STATES DISTRICT JUDGE